83,103-01

Court of Criminal Appeals
Post Office Box 12308
Austin, Texas 78711
= W219-82591-2012-HC =

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 01 2015
Abel Acosta, Clerk

To District Clerk;

I Am Incarcerated at Bridgeport Corrections Center, Case # W219-82591-2012-HC & WR-83,103-01 I Am writing this to let you know I Am being Transfered to
I wanted you to know my Old Address:

Old Address; Richard Phillips #01911939
Bridge Port Corrections Center
4000 North 10th Street
BridgePort Texas 76426

Temp/New Address; Richard Phillips #01911939 (J105B)
L.V. High Tower Unit
902 F.M. 686
Dayton, Texas 77535

Fathers Address: Wayne Phillips
2301 Angel Fire Drive
Garland, Texas 75044
972-974-6616.

Thank you